IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nucor Corp., )
                )
        Plaintiff, )
                )
                ) MISC. CASE NO:
v.              )
                )
John Bell and SeverCorr, LLC, )
                )
        Defendants. )
_____ )

**PROPOSED ORDER**

AND NOW, this ___ day of _____, 2008, upon consideration of Defendants John Bell and SeverCorr, LLC's Motion To Compel and Incorporated Memorandum, it is hereby ORDERED that Defendants' Motion is **GRANTED**.

IT IS HEREBY ORDERED that Peter Morici shall produce all documents responsive to Defendants more narrowly tailored request for production set forth below:

1. All documents that you reviewed or consulted in reaching the opinions expressed in "The SteelCorr Project in Columbus, Mississippi: An Economic Analysis" ("Report");

2. From January 1, 2004, to the present, all documents concerning any communication between you and Nucor regarding the Report, SeverCorr, SteelCorr and/or John Correnti, including, but not limited to, any communication with Nucor's lawyers or consultants;

3. For the period January 1, 2003 to the present, all documents in your possession concerning Nucor's involvement in the Report; and

4. For the period January 1, 2003 to January 1, 2006, all documents concerning payments or financial support given to you by Nucor.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                Judge