CO-386-online
10/03

# United States District Court
# For the District of Columbia

Nucor Corporation )
)
)    mc 08-275 (CKK)
)
vs   Plaintiff )   Civil Action No. 2:06-cv-02972-DCN (D. S.C.)
)
John Bell and ServerCorr, LLC )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  John Bell and ServerCorr, LLC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  ServerCorr, LLC  which have any outstanding securities in the hands of the public:

OAO SeverStal

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

495132
BAR IDENTIFICATION NO.

Steven D. Tibbets
Print Name

1301 K Street, N.W., Suite 1100-East Tower
Address

Washington      DC          20005
City            State       Zip Code

(202) 414-9242
Phone Number

2