CO-386-online
10/03

# United States District Court
# For the District of Columbia

Nucor Corporation )
)
)
)
vs Plaintiff )   Civil Action No. 2:06-cv-02972-DCN (D. S.C.)
)
John Bell and ServerCorr, LLC )
)
)
Defendant )

mc 08-275 (CKK)

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __John Bell and ServerCorr, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __ServerCorr, LLC__ which have any outstanding securities in the hands of the public:

OAO SeverStal

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/_
Signature

495132
BAR IDENTIFICATION NO.

Steven D. Tibbets
Print Name

1301 K Street, N.W., Suite 1100-East Tower
Address

Washington    DC          20005
City          State       Zip Code

(202) 414-9242
Phone Number

2