# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Nucor Corp.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO: 1:08-mc-275** |
| v. ) | |
| ) | |
| **John Bell and SeverCorr, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## NOTICE

Pursuant to the Court's Order of May 6, 2008, the undersigned counsel for Defendants John Bell and SeverCorr hereby files this notice that Plaintiff Nucor Corp., Defendants John Bell and SeverCorr, LLC, and third party Peter Morici, Ph.D. have reached a settlement in principle based on further discussions to settle the underlying discovery dispute in this matter.

The terms of the parties' settlement in principle are as follows:

1.  Dr. Morici will produce documents responsive to Requests 1, 2, and 3 of Judge Norton's April 30, 2008 Order entered in Case No. 2:06-cf-02972-DCN, pending in the United States District Court for the District of South Carolina (the "Underlying Action"). With regard to Request 4, in lieu of producing documents, Dr. Morici will provide a sworn statement stating:

    (a)   the amount of money paid to Dr. Morici by Nucor for work on the Morici Report; and

    (b)   the total amount of money paid to Dr. Morici by Nucor each year (which would include the money paid for the Morici Report), for the years 2003, 2004, and 2005.

2.      Defendants agree that Dr. Morici may produce documents to the firm Parker, Poe, Adams & Bernstein LLP ("Parker Poe") and that Parker Poe may decide whether to label the documents in accordance with the Confidentiality Order in the Underlying Action. If Parker Poe contends that a document is privileged, Parker Poe will provide a privilege log which describes the document in detail and explains the reason for Parker Poe's contention. Dr. Morici's production does not obviate the need for Nucor to produce its own relevant documents in response to Defendants' requests for production.

3.      Dr. Morici will deliver the documents to Parker Poe in time for Parker Poe to deliver the documents to Greg Horton by 4:00 p.m. Eastern Daylight Time on May 22, 2008.

Dated: May 7, 2008                           Respectfully submitted,

/s/ Steven D. Tibbets
Steven D. Tibbets (Bar No. 495132)
stibbets@reedsmith.com

**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9242

William C. Cleveland, III
wcleveland@buistmoore.com
Fed. ID 179
Greg Horton
ghorton@buistmoore.com
Fed. ID 7103
**Buist Moore Smythe McGee P.A.**
5 Exchange Street
Charleston, S.C. 29402-0999
(843) 720-4606/4625

*Counsel to John Bell and SeverCorr, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this May 7, 2008, a true and correct copy of the foregoing **NOTICE** was served via the Court's ECF filing system and via separate electronic mail:

Thomas W. Kirby
Wiley Rein, LLP
1776 K Street, N.W.
Washington, D.C. 20006
COUNSEL FOR PETER MORICI, PH.D.

The undersigned hereby further certifies that on this May 7, 2008, a true and correct copy of the foregoing **NOTICE** was served via overnight United Parcel Service on the following person:

J. Walker Coleman, IV, Esq.
Parker Poe Adams & Bernstein, LLP
200 Meeting Street
Suite 301
P.O. Box 160
Charleston, S.C. 29402-0160
COUNSEL FOR PLAINTIFF NUCOR CORPORATION

/s/ Steven D. Tibbets_____

Steven D. Tibbets (Bar No. 495132)
stibbets@reedsmith.com

**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9242