UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUCOR CORP.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JOHN BELL, and<br>SEVERCORR, LLC,<br><br>　　　Defendants. | Misc. Action No. 08-275 (CKK) |

**ORDER**
(June 17, 2008)

　　For the reasons set forth in an accompanying memorandum opinion, it is, this 17th day of June, 2008, hereby

　　**ORDERED** that this action shall be dismissed without prejudice in its entirety.

　　***This is a Final, Appealable Order.***

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　United States District Judge