UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUCOR CORP., <br><br> Plaintiff, <br><br> v. <br><br> JOHN BELL, and <br> SEVERCORR, LLC, <br><br> Defendants. | Misc. Action No. 08-275 (CKK) |

**MEMORANDUM OPINION**
(June 17, 2008)

On May 7, 2008, Defendants filed a notice that Nucor Corporation, John Bell, SeverCorr, LLC, and third-party Peter Morici, had reached a settlement in principle concerning the discovery dispute in this action. On June 9, 2008, the Court ordered the Parties to file a Joint Status Report on or before June 16, 2008, if they believed that any further Court intervention was necessary. The Court further advised that if it did not receive a Joint Status Report by June 16, 2008, it would dismiss the action without prejudice. The Court did not receive a Joint Status Report by that date. Accordingly, this action shall be dismissed without prejudice. An appropriate Order accompanies this Memorandum Opinion.

 /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge